STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM PHILLIPS (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 15-440 RS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND FOR EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| JOSEPH CARROLL, | |
| Defendant. | |

**I.    STIPULATION**

The parties in this case agree and jointly request the Court to move the status hearing in the above captioned case from November 10, 2015 to December 1, 2015 at 2:30p.m.  The reason for this request is that Mr. Carroll's grandmother recently passed away, and her services are scheduled for the 10th.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective

preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to continue the status hearing to December 1, 2015 at 2:30 p.m.

SO STIPULATED:

                                    BRIAN STRETCH
                                    Acting United States Attorney

DATED:       November 4, 2015            _____/s/_____
                                    LAURIE GRAY
                                    Assistant United States Attorney

DATED:       November 4, 2015            _____/s/_____
                                    GALIA AMRAM PHILLIPS
                                    Attorney for Defendant Joseph Carroll

## [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from November 10, 2015 to December 1, 2015 at 2:30 p.m.  The Court further finds that an exclusion of time from November 10, 2015 to December 1, 2015 under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.   Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

///

///

IT IS SO ORDERED.

DATED: 11/4/15

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge