STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant JOSEPH CARROLL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. 15-440 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE SENTENCING** |
| JOSEPH CARROLL, | |
| Defendant. | |

**I.    STIPULATION**

The defense requests that the Court move the sentencing hearing scheduled in the above captioned case from June 14, 2016 to June 21, 2016.  The reason for this request is that defense counsel is scheduled to be out of the district on June 14th. The government does not oppose this request.

SO STIPULATED:

DATED:    May 23, 2016          _____/s/_____
                                LAURIE GRAY
                                Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR No.: 15-440 RS                    1

DATED:       May 23, 2016                    _____/s/_____
                                             GALIA AMRAM
                                             Attorney for Defendant Joseph Carroll

### [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the sentencing hearing in the aforementioned case from June 14, 2016 to June 21, 2016.

IT IS SO ORDERED.

DATED: 5/23/16                               _____
                                             THE HONORABLE RICHARD SEEBORG
                                             United States District Judge